# Court of Appeals
# of the State of Georgia

ATLANTA,___August 06, 2015_____

*The Court of Appeals hereby passes the following order:*

## A15A1902. CHARLES EDWARDS et al. v. CITY OF WARNER ROBINS, GEORGIA et al.

Plaintiffs Charles and Carol Edwards filed this direct appeal seeking review of the trial court's order granting summary judgment to the defendants. In 2011, defendant City of Warner Robins ("City") denied the Edwardses' request to replace or add new mobile homes on certain real property. On appeal, both the Planning and Zoning Commission and the Board of Zoning Appeals upheld the City's decision. The Edwardses then filed suit in superior court. After the superior court granted summary judgment to the defendants, the Edwardses filed this appeal. We, however, lack jurisdiction.

All appeals in zoning cases require an application for discretionary appeal. See OCGA § 5-6-35 (a) (1); *Nelson v. Fulton County*, 262 Ga. App. 382, 382-383 (585 SE2d 710) (2003); see also *Dunlap v. City of Atlanta*, 272 Ga. 523, 523-524 (531 SE2d 702) (2000) (an application for discretionary appeal is required even when a party seeks to attack an administrative decision by way of filing suit in superior court, rather than by seeking an administrative appeal); *O S Advertising Co. of Ga., Inc. v. Rubin*, 267 Ga. 723, 724 (1) (482 SE2d 295) (1997) ("If the underlying subject-matter is zoning, an application for discretionary appeal must be filed."). Here, although the Edwardses initiated this action with a complaint filed in the superior court, rather than by seeking certiorari review in the superior court, they effectively sought review of a zoning decision. Accordingly, this appeal is ordered DISMISSED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* ___08/06/2015___
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____*Stephen E. Castlen*_____ , *Clerk.*